## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WORLD WAR II THEATRE, INC.** | **CIVIL ACTION NO. _____** |
| *Plaintiffs* | |
| **VERSUS** | **SECTION:** |
| **DESIMONE CONSULTING ENGINEERING GROUP, LLC; WILLIAM R. O'DONNELL, P.E.; EVANSTON INSURANCE COMPANY; MARKEL SPECIALTY INSURANCE COMPANY; AND MARKEL INSURANCE COMPANY** | **DISTRICT JUDGE:**<br><br>**MAG. JUDGE:** |
| *Defendants* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, DeSimone Consulting Engineering Group, LLC, William R. O'Donnell, P.E., Evanston Insurance Company, Markel Specialty Insurance Company and Markel Insurance Company, who, without waiving and specifically reserving all rights, defenses, objections, and exceptions, hereby remove to this Court, the civil action originally brought in Civil District Court for the Parish of Orleans, State of Louisiana, entitled "*World War II Theatre, Inc., v. DeSimone Consulting Engineering Group, LLC, William R. O'Donnell, P.E., Evanston Insurance Company, Markel Specialty Insurance Company and Markel Insurance Company*" No. 2019-4312, Division "C-10". In support of removal, Defendants respectfully represent that:

## Venue is Proper

1.

Venue of the removed action is proper in this Court pursuant to 28 U.S.C. § 1441(a) as it is the district court encompassing the Parish of Orleans, State of Louisiana, the district where the State Court action is pending under 28 U.S.C §98(a).

## The *Notice of Removal* is timely

2.

This suit was filed in Civil District Court for the Parish of Orleans, State of Louisiana, on April 23, 2019, by Plaintiff World War II Theatre, Inc. ("WWIITI"). Defendant William R. O'Donnell, P.E. ("O'Donnell") was served with process and a copy of the petition through Long Arm Service on April 29, 2019. Defendant DeSimone Consulting Engineering Group, LLC ("Desimone") was served with process and a copy of the petition through Louisiana Corporate & Registered Agent Services, Inc. on May 13, 2019. Defendant Evanston Insurance Company ("Evanston") was served with process and a copy of the petition through R. Kyle Ardoin, with the Louisiana Secretary of State on May 13, 2019. Defendant Markel Insurance Company, and or Markel Insurance Company (collectively "Markel") was served with process and a copy of the petition through R. Kyle Ardoin, with the Louisiana Secretary of State on May 13, 2019. Accordingly, this *Notice of Removal* has been filed within thirty (30) days of Defendants' receipt of a copy of the pleadings setting forth the claim upon which the action is based, as required by 28 U.S.C. § 1446(b). Consequently, this *Notice of Removal* is timely pursuant to 28 U.S.C. § 1446(b).

{00508814.DOCX;1}

3.

Pursuant to 28 U.S.C. § 1446(a), Defendants attach hereto a copy of all process, pleadings, and orders served upon them in the State Court action as exhibit (A).

### **There is Jurisdiction Based on Diversity of Citizenship**

4.

At the time of the commencement of this action, and upon information and belief since that time, the Plaintiff WWIITI, was and is a non-profit corporation organized under the laws of the State of Louisiana, and thus, is a citizen of the State of Louisiana, with its principal place of business in the State of Louisiana. *See* Plaintiff's *Petition for Damages*, paragraph 1, attached as exhibit (B).

5.

As for the Defendants, all of whom have been properly joined, served and consent to this removal:

1. **DeSimone Consulting Engineering Group, LLC**, was at the time the Petition was filed, and is today, a limited liability company organized under the laws of the State of Delaware, with its principal place of business in the State of New York. The members of the limited liability company are Stephen DeSimone, William O'Donnell and Borys Hayda. Mr. DeSimone and Mr. Hayda are citizens of the State of New York and Mr. O'Donnell is a citizen of the State of Florida. Thus, for diversity purposes, DeSimone Consulting Engineering Group, LLC is a citizen of Delaware, New York and Florida.

2. **William R. O'Donnell, P.E.**, was at the time the Petition was filed, and is today, a person of the full age of majority and domiciled in the State of Florida.

3. **Evanston Insurance Company** was at the time the Petition was filed, and is today, a foreign insurance company, a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of Illinois.

4. **Markel Insurance Company** was at the time the Petition was filed, and is today, a foreign insurance company, a corporation organized under the laws of the State of Illinois with its principal place of business in the State of Virginia.  Markel Insurance Company is an admitted carrier and an affiliate of Evanston Insurance Company but has no relationship to this claim.  In addition, Markel Specialty Insurance Company is not a legal entity, it is merely a branding name.  Thus, for purposes of diversity jurisdiction, Markel Insurance Company is a citizen of Illinois and Virginia.

Based on the above recitations there is complete diversity of citizenship among all parties as contemplated by 28 U.S.C. § 1332.

**The Amount in Controversy is Satisfied**

6.

In accordance with Louisiana Code of Civil Procedure article 893(A)(1), the Plaintiff did not state the amount in controversy in its Petition required to establish jurisdiction in federal court. When the amount in controversy is not specified in the petition, the court may consider facts alleged in the petition as well as in the notice of removal. *Felton v. Greyhound Lines, Inc.*, 324 F.3d 771 (5th Cir. 2003); *White v. FCI USA, Inc.*, 319 F.3d 672, 676 (5th Cir. 2002).

7.

It is apparent from the face of Plaintiff's *Petition for Damages* that Plaintiff seeks the recovery of damages in excess of $75,000.00 exclusive of interests and costs. At Paragraph 27 of the Plaintiff's *Petition for Damages*, Plaintiff alleges that Defendants' "Structural Design

Deficiencies caused a minimum sixty-one (61) day delay to the completion of the Hotel Project ("the Delay")". At Paragraph 30 of Plaintiff's *Petition for Damages,* Plaintiff alleges that "WWIITI's damages for the Delay are conservatively expected to exceed one million dollars."

8.

In addition, at Paragraphs 30(a-l) of Plaintiff's Petition for Damages, Plaintiff alleges a series of additional alleged damages in excess of the jurisdictional threshold set forth in 28 U.S.C. § 1332(b).

9.

Thus, while Plaintiff does not specify a total damage amount sought in its Petition, when considering the type of claim brought and the type of damages alleged by the Plaintiffs, it is facially apparent that Plaintiff seeks damages in excess of $75,000.00 exclusive of interest and costs. Accordingly, the amount in controversy is required under 28 U.S.C. § 1332(b) is satisfied.

10.

The United States District Court for the Eastern District of Louisiana has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 exclusive of interest and costs, and because there is complete diversity among all parties. Thus, this case may properly be removed to this Court under 28 U.S.C. § 1441.

11.

Concurrent with the filing of this *Notice of Removal*, Defendants are providing written notice of the filing of this *Notice of Removal* to Plaintiff's counsel and the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, as required by 28 U.S.C. 1446(d).

**WHEREFORE,** Defendants, DeSimone Consulting Engineering Group, LLC, William R. O'Donnell, P.E., Evanston Insurance Company, Markel Specialty Insurance Company and Markel Insurance Company pray that this Court order this matter removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, as provided by law, and thereupon proceed as if it had originally been commenced in this court.

Respectfully submitted,

DEGAN, BLANCHARD & NASH

　　　*/s/ Charles B. Long*　　　
SIDNEY W. DEGAN, III (#4804)
CHARLES B. LONG (#22824)
JOHN M. FUTRELL (#5865)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337
*Counsel for Defendants, DeSimone Consulting Engineering Group, LLC, William R. O'Donnell, P.E., Evanston Insurance Company, Markel Specialty Insurance Company and Markel Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record who are registered with the CM/ECF system, and by other means to those not registered with the CM/ECF filing system, on this 11th day of June 2019.

　　　*/s/ Charles B. Long*　　　
Charles B. Long

{00508814.DOCX;1}