ATTORNEY'S NAME:   Holtzman, Shannon S 19933
AND ADDRESS:   50th Fl, One Shell Square 701 Poydras St, New Orleans, LA 70139-6001

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-04312 | DIVISION: C | SECTION: 10 |
|---|---|---|

## WORLD WAR II THEATRE, INC.

### Versus

## DESIMONE CONSULTING ENGINEERING GROUP, LLC ET AL

### CITATION

TO:   MARKEL SPECIALTY INSURANCE COMPANY AND/ OR MARKEL INSURANCE COMPANY

THROUGH:   ITS STATUTORILY DESIGNATED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN - LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 25, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Christine Thrift, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **MARKEL SPECIALTY INSURANCE COMPANY AND/ OR MARKEL INSURANCE COMPANY** | ON **MARKEL SPECIALTY INSURANCE COMPANY AND/ OR MARKEL INSURANCE COMPANY** |
| THROUGH: **ITS STATUTORILY DESIGNATED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN - LOUISIANA SECRETARY OF STATE** | THROUGH: **ITS STATUTORILY DESIGNATED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN - LOUISIANA SECRETARY OF STATE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **MARKEL SPECIALTY INSURANCE COMPANY AND/ OR MARKEL INSURANCE COMPANY** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED /_____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____/_____/_____ | |
| SERIAL NO.      DEPUTY      PARISH | |

EXHIBIT

A

**ATTORNEY'S NAME:** Holtzman, Shannon S 19933
**AND ADDRESS:** 50th Fl, One Shell Square 701 Poydras St, New Orleans, LA 70139-6001

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-04312 | DIVISION: C | SECTION: 10 |
|---|---|---|

### WORLD WAR II THEATRE, INC.

### Versus

### DESIMONE CONSULTING ENGINEERING GROUP, LLC ET AL

### CITATION

TO: EVANSTON INSURANCE COMPANY

THROUGH: ITS STATUTORILY DESIGNATED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN - LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 25, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Christine Thrift, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ ____ served a copy of the within | On this ____ day of _____ ____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON EVANSTON INSURANCE COMPANY | ON EVANSTON INSURANCE COMPANY |
| THROUGH: ITS STATUTORILY DESIGNATED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN - LOUISIANA SECRETARY OF STATE | THROUGH: ITS STATUTORILY DESIGNATED AGENT FOR SERVICE OF PROCESS: R. KYLE ARDOIN - LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of ____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said EVANSTON INSURANCE COMPANY being absent from the domicile at time of said service. |
| ____ No. ____ | |
| Deputy Sheriff of ____ | |
| Mileage: $ ____ | Returned the same day |
| ____ / ENTERED / ____ | ____ No. ____ |
| PAPER          RETURN | Deputy Sheriff of ____ |
| ____ / ____ / ____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 10185500                    Page 1 of 1

ATTORNEY'S NAME: Holtzman, Shannon S 19933

AND ADDRESS: 50th Fl, One Shell Square 701 Poydras St, New Orleans, LA 70139-6001

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-04312 | DIVISION: C | SECTION: 10 |
|---|---|---|

## WORLD WAR II THEATRE, INC.

### Versus

## DESIMONE CONSULTING ENGINEERING GROUP, LLC ET AL

### CITATION

TO: DESIMONE CONSULTING ENGINEERING GROUP, LLC

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA CORPORATE & REGISTERED AGENT SERVICES, INC.

3867 PLAZA TOWER DR, 1ST FLOOR, BATON ROUGE, LA 70816

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

### ********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 25, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Christine Thrift, Deputy Clerk

---

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **DESIMONE CONSULTING ENGINEERING GROUP, LLC** | ON **DESIMONE CONSULTING ENGINEERING GROUP, LLC** |
| THROUGH: **ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA CORPORATE & REGISTERED AGENT SERVICES, INC.** | THROUGH: **ITS REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA CORPORATE & REGISTERED AGENT SERVICES, INC.** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **DESIMONE CONSULTING ENGINEERING GROUP, LLC** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

## Case Details

Close

**Sheriff #**
00 2019-4312

**Plaintiff Title**
WORLD WAR II THEATRE, INC

**Defendant Title**
DESIMONE CONSULTING ENGINEERING GROUP, LLC ETAL

**Entered**
04/24/2019 1:55PM

**Total Fees**
$90.00

## Requests for Service (3)

| Serial # | Paper Name | Street | City | State | Zip | Note | Fee | Fee Amount | Deputy Assigned | Serve By |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MARKEL INSURANC COMPANY THRU SEC OF STATE R. KYLE ARDOIN | 8585 ARCHIVES AV | BATON ROUGE | LA | 70809 | EBR CHECK #105465 SOS CHECK #105399 | Citation & Petition | $30.00 | East Baton Rouge | |
| 2 | EVANSTOI INSURANC COMPANY THRU SEC OF STATE R. KYLE ARDOIN | 8585 ARCHIVES AV SECRETAF OF STATE | BATON ROUGE | LA | 70809 | EBR CHECK #105465 SOS CHECK #105399 | Citation & Petition | $30.00 | East Baton Rouge | |
| 3 | DESIMONI CONSULTI ENGINEER GROUP, LL | 3867 PLAZA TOWER DR 1ST FLOOR | BATON ROUGE | LA | 70816 | EBR CHECK #105473 | Citation & Petition | $30.00 | East Baton Rouge | |

Items per page: 10 ▼     1 - 3 of 3     ‹ ›

## Status of Service (3)

| Serial # | Servee Name | Paper | Service Type | Service Date | Service Time | Service Status | Serving Deputy | Alternate Servee | Relationship | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | MARKEL INSURANC COMPANY | | | | | | East | | | ON |

Items per page: 10   ▼       1–3 of 3       ‹   ›

## Status of Service (3)

| Serial # | Servee Name | Paper | Service Type | Service Date | Service Time | Service Status | Serving Deputy | Alternate Servee | Relationship | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MARKEL INSURANCE COMPANY THRU SECT OF STATE R. KYLE ARDOIN | Citation & Petition | Personal | 05/13/2019 | | Served | East Baton Rouge | | | ON KATHY DARDEN |
| 2 | EVANSTON INSURANCE COMPANY THRU SECT OF STATE R. KYLE ARDOIN | Citation & Petition | Personal | 05/13/2019 | | Served | East Baton Rouge | | | ON KATHY DARDEN |
| 3 | DESIMONE CONSULTING ENGINEERING GROUP, LLC | Citation & Petition | Personal | 05/13/2019 | 8:30AM | Served | East Baton Rouge | | | ON ASHLEY MINVIELLE |

Items per page: 10   ▼       1–3 of 3       ‹   ›

FILED          FILED

2019 MAY 16  PM 1:41   2019 MAY 16 PM 1:41

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
DISTRICT COURT       DISTRICT COURT

STATE OF LOUISIANA

NO: 2019-04312                                    SECTION "C-10"

WORLD WAR II THEATRE, INC.

VERSUS

DESIMONE CONSULTING ENGINEERING GROUP,LLC; WILLIAM R. O'DONNELL,
P.E.; EVANSTON INSURANCE COMPANY;
MARKEL SPECIALTY INSURANCE COMPANY; AND MARKEL INSURANCE
COMPANY

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
FILED:_____   402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE, ROOM 402
DEPUTY CLERK
NEW ORLEANS, LA 70112
504-407-0000

**AFFIDAVIT VERIFYING LONG-ARM SERVICE**

**STATE OF LOUISIANA**           Receipt Number   758683
                                 Cashier          ehankston
                                 Register         CDC Cash Register 4

**PARISH OF ORLEANS**            Case Number      2019-04312

BEFORE ME, the undersigned Notary Public, personally came and appeared:
                                 Amount Received  $34.00

**DEBRA BEARD** Due              $0.00
                  Over Payment   $0.00
a person of the full age of majority and a resident of the Parish of Jefferson, State of
Louisiana, who, being first duly sworn, declared as follows:

1.   I am a legal assistant at the law firm of Liskow & Lewis, which has been retained
as counsel for Plaintiff, World War II Theatre, Inc. ("WWIITI"), in the above-captioned matter $0.00

2.   In accordance with Louisiana Revised Statute section 13:3204, on April 26, 2019,
I mailed, on behalf of Mark R. Deethardt, who is counsel of record for WWIITI, a certified copy
of the Citation and WWIITI's Petition for Damages to Defendant, William O'Donnell, P.E.
("Defendant"), by certified mail, return receipt requested (return receipt number 7014 1200 0000
0489 0130), in an envelope properly addressed to Defendant with sufficient postage pre-paid and
affixed at the municipal address of DeSimone Consulting Engineers, 800 Brickell Ave., 6th
Floor, Miami, FL 33131. A copy of the certified mail package to Defendant is attached hereto as
Exhibit "A."

3.   The certified mail package was delivered to, and accepted by, Defendant on April
29, 2019, and a copy of the return receipt (return receipt number 7014 1200 0000 0489 0130)

and confirmation of delivery report from the United States Postal Service's website are attached

hereto as Exhibit "B."

    4.    This Affidavit was produced to comply with Louisiana Revised Statute section

13:3205.

    New Orleans, Louisiana, this 15th day of May, 2019.

                        DEBRA LEARD

Sworn To And Subscribed Before Me, The Undersigned
Notary Public, On This 15th Day Of May, 2019.

_____
Notary Public

Printed Name:_____
Bar Roll/Notary No.:_____
My commission expires_____

                    **Mark R. Deethardt**
                  **Notary Public #147206**
                  **State of Louisiana**
             **My Commission is for Life**

-2-

FILED

2019 MAY 16 PM 1: 31



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William R. O'Donnell P.E
DeSimone Consulting Engineers
800 Brickell Ave. 6th Fl
Miami, FL 33131

9590 9402 2173 6193 9424 69

2. Article Number *(Transfer from service label)*

7014 1200 0000 0489 0130

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
   ☐ Addres

B. Received by *(Printed Name)*   C. Date of Deliv

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Rest Delivery
☒ Return Receipt for
☐ Signature Confirmati
☐ Signature Confirmati Restricted Delivery

Domestic Return Rece



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Mark Dearhardt

Sent To
William R O'Donnell P.E
Street, Apt. No.; or PO Box No.
800 Brickell 6th Floor
City, State, ZIP+4
Miami, Florida 33131

PS Form 3800, August 2006    See Reverse for Instructions

VERIFIED



**EXHIBIT**

A



**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**
PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047