UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WORLD WAR II THEATRE, INC.** *Plaintiffs* | **CIVIL ACTION NO. 2:19-cv-11187** |
| **VERSUS** | **SECTION: "J" (3)** |
| **DESIMONE CONSULTING ENGINEERING GROUP, LLC; WILLIAM R. O'DONNELL, P.E.; EVANSTON INSURANCE COMPANY; MARKEL SPECIALTY INSURANCE COMPANY; AND MARKEL INSURANCE COMPANY** *Defendants* | **DISTRICT JUDGE: CARL BARBIER** **MAG. JUDGE: JOSEPH C. WILKINSON, JR.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the Defendant's Ex Parte Motion for Extension of Time to File Responsive Pleadings Pursuant to Local Rule 7.8;

IT IS HEREBY ORDERED that an extension of twenty-one (21) days or until July 10, 2019 to file responsive pleadings to the Plaintiff's Petition is GRANTED to DeSimone Consulting Engineering Group, LLC and William R. O'Donnell, P.E.

**DENIED**

6/24/19

New Orleans, Louisiana, this _____ day of _____ 2019.

_____
JUDGE

{00512524.DOCX;1}  3