UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WORLD WAR II THEATRE, INC.** | CIVIL ACTION NO: 2:19-cv-11187 |
| *Plaintiffs* | |
| **VERSUS** | SECTION: "J" (3) |
| **DESIMONE CONSULTING ENGINEERING GROUP, LLC; WILLIAM R. O'DONNELL, P.E.; EVANSTON INSURANCE COMPANY; MARKEL SPECIALTY INSURANCE COMPANY; AND MARKEL INSURANCE COMPANY** | DISTRICT JUDGE: CARL J. BARBIER |
| | MAG. JUDGE: MICHAEL B. NORTH |
| *Defendants* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT WILLIAM R. O'DONNELL'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes WILLIAM R. O'DONNELL ("O'Donnell"), who in response to the Plaintiff's Petition for Damages ("Petition") moves this court to grant his Motion for Summary Judgment.

O'Donnell seeks dismissal of all of the Plaintiff's claims against him through a Motion for Summary Judgment because O'Donnell is not a proper defendant to this action because Plaintiff World War II Theatre, Inc. ("WWIITI") signed a contract in which it agreed that it would not sue directors, officers, or employees of Nichols Brosch Wurst & Associates (the "Architect") or the Architect's consultants individually for acts in furtherance of said contract. Because O'Donnell is the Managing Principal of DeSimone Consulting Engineering Group, LLC ("DeSimone") and DeSimone is a consultant for the Architect, WWIITI has no right to make any claims against O'Donnell individually.

{00679621.DOCX;1}

**WHEREFORE,** O'Donnell, prays that the aforementioned Motion for Summary Judgment be deemed good and sufficient and is granted by this Court and O'Donnell is dismissed as a defendant to this action.

Respectfully Submitted:

**DEGAN, BLANCHARD & NASH**

/s/Charles B. Long
Sidney W. Degan, III (#4804)
John M. Futrell (#5865)
Charles B. Long (#22824)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: 504-529-3333
Facsimile: 504-529-3337
*Counsel for Defendants, DeSimone Consulting Engineering Group, LLC and William O'Donnell*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon all known parties of record via facsimile and United States mail, properly addressed and postage pre-paid on this 18th day of February, 2020.

/s/Charles B. Long
CHARLES B. LONG