## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WORLD WAR II THEATRE, INC.** <br> *Plaintiffs* | **CIVIL ACTION NO. 2:19-cv-11187** |
| **VERSUS** | **SECTION: "J-5"** |
| **DESIMONE CONSULTING ENGINEERING GROUP, LLC; WILLIAM R. O'DONNELL, P.E.; EVANSTON INSURANCE COMPANY; MARKEL SPECIALTY INSURANCE COMPANY; AND MARKEL INSURANCE COMPANY** <br> *Defendants* | **DISTRICT JUDGE: CARL BARBIER** <br><br> **MAG. JUDGE: MICHAEL B. NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### WITNESS LIST AND EXHIBIT LIST OF DEFENDANTS, DESIMONE CONSULTING ENGINEERING GROUP, LLC, WILLIAM R. O'DONNELL, P.E., AND EVANSTON INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, come Defendants DeSimone Consulting Engineering Group, LLC and William R. O'Donnell, P.E., and Evanston Insurance Company (collectively, Defendants) who respectfully jointly submit their Witness and Exhibit List as follows:

### Witnesses Who <u>Will</u> Be Called to Testify at Trial

1. **William R. O'Donnell. P.E.**
   **DeSimone Consulting Engineers**
   800 Brickell Avenue, 6th Floor
   Miami, FL 33131

   <u>Summary of expected testimony</u>: Mr. O'Donnell will testify regarding the applicable contracts, DeSimone's work on the project, Plaintiff's claims and DeSimone's response to same.

2. **Ramiro Areas**
   **DeSimone Consulting Engineers**
   800 Brickell Avenue, 6th Floor
   Miami, FL 33131

{00824046.DOC;1}

<u>Summary of possible testimony</u>: Mr. Areas will testify regarding his work on the project and revisions to the design for the project.

3.  **Robert Farnsworth and/or Eileen Long,**
    **World War II Theatre, Inc., through counsel for Plaintiff**

    <u>Summary of expected testimony</u>: Mr. Farnsworth and Ms. Long will testify regarding structural issues on the project, Plaintiff's negotiations with Palmisano to keep them on the project, and discussions with DeSimone.

4.  **Wes Palmisano, Steve McGovern or Drew Horton**
    **Palmisano Contractors, LLC**
    1730 Tchoupitoulas Street
    New Orleans, LA 70130

    <u>Summary of expected testimony</u>: A representative of Palmisano Contractors will testify regarding the construction of the project, discussions with Plaintiff on scheduling issues and alleged delays and Plaintiff's alleged damage claims.

5.  **Robert M. D'Onofrio, PE, CEng and/or Robert Valentin**
    **Capital Project Management, Inc.**
    1777 Sentry Parkway West, Building 11
    Blue Bell, PA 19422

    <u>Summary of expected testimony</u>: Capital Project Management, Inc., through Mr. D'Onofrio and/or Mr. Valentin, will provide expert testimony relating to Plaintiff's alleged delay claims.

6.  **John Crawford and/or Jim Crawford**
    **Crawford Engineering**
    2372 St. Claude Avenue, Suite 261
    New Orleans, LA 70017

    <u>Summary of expected testimony</u>: Crawford Engineering, through Messrs. Crawford, will provide expert testimony relating to an engineer's standard of care.

7.  **Harold Asher and/or Jeffrey Meyers,**
    **Asher Meyers, LLC**
    Metairie Towers
    433 Metairie Road, Suite 215
    Metairie, LA 70005

    <u>Summary of expected testimony</u>: Asher Meyers, through Mr. Asher and and/or Mr. Meyers will provide expert testimony on Plaintiff's alleged damages claims.

{00824046.DOC;1}

**Witnesses Who <u>May</u> Be Called to Testify at Trial**

1. **Brandon Berger**
   **World War II Board of Directors**

   <u>Summary of possible testimony</u>: Mr. Berger may testify regarding attendance of the World War II Board Meetings.

2. **James Wurst**
   **Nichols Brosch Wurst Wolfe and Associates, Inc.**
   161 Almeria Ave
   Coral Gables, FL 33134

   <u>Summary of possible testimony</u>: Mr. Wurst may testify regarding the structural design for the project and DeSimone's work on the Project.

3. **A representative of Evanston Insurance Company,**
   Through their counsel of record

   <u>Summary of expected testimony</u>: Representative(s) of Evanston may testify regarding the policy of insurance issued to DeSimone and documents produced.

4. Any individual/witness disclosed by any party

5. Any witness who becomes known as a result of ongoing discovery

6. Any witness who has been or will be deposed

7. Any witness named or listed in any discovery response and/or document provided in discovery and/or identified in any deposition testimony

8. Any individual/witness/custodian of records/representative(s) needed to authenticate any records, billing, documents, exhibits, photographs, videos, or evidence intended to be used at trial and/or in Court

9. Any experts retained by any party, including defendants, or other potential witnesses as discovery progresses

10. Any and all individuals/witnesses, expert or otherwise, whose testimony is required for impeachment and/or rebuttal purposes

11. Any and all individuals/witnesses identified by any party during the discovery period of this matter

12. Any individuals/witnesses listed and/or identified in plaintiff's and/or defendant's Initial Disclosures

{00824046.DOC;1}

13.     Any individuals/witnesses listed and/or identified in plaintiff's Witness and Exhibit
        List.

## Exhibits that May or Will Be Used at Trial

The following exhibits may be used at trial.

1.     AIA form contract, Doc. C401-2007, between DeSimone and Nichols Brosch Wurst
       Wolfe & Associates, Inc., dated May 24, 2017 (DES 001676-001686)

2.     AIA form contract, Doc B101-2007 between Plaintiffs and Nichols Brosch Wurst
       Wolfe & Associates, Inc., dated March 6, 2017 (DES 001687-001729)

3.     AIA form contract, Doc A133 – 2009 between Palmisano Contractors, LLC and
       Plaintiffs dated October 30, 2017 (WWII 120750-120830)

4.     WWII-086568 – WWII-086616 WWII-086818 – WWII-086666-11/17/17-
       Construction Set (Structural);

5.     04/25/18-Site Observation Report # 20180425; DES-006952 - DES-006954

6.     04/30/18-CCD#3; WWII-032006 – WWII-032007

7.     05/01/18-SSK-45; DES-007013

8.     05/02/18-SSK-47A; DES-007015

9.     08/22/18-SSK-60A, B, C, D,; DES-007176 – DES-007180

10.    08/31/18-SSK-60A REV, B REV, C REV, D REV, E; DES-007171 – DES-007175

11.    09/08/18-CCD#6.0 / ASI 12, ASI 12R; WWII-031876 – WWII-031893

12.    09/17/18-CCD#6.1 / ASI 12.1, ASI 12.2; WWII-025278 – WWII-025295

13.    09/19/18-CCD#6.2 / ASI 12.3; WWII-120886 – WWII-120899

14.    10/05/18-CCD#6.3 / ASI 12.4; WWII-120930 – WWII-120941

15.    10/22/18-CCD#6.4 / ASI 12.5; WWII-034981 – WWII-035010

16.    10/29/18-CCD#6.5 / ASI 12.6; WWII-035745 – WWII-035758

17.    08/01/18-Claim Re: CCD #3 – Steel Issues 2nd and 3rd Floor Sequence 1 and 2
       (Letter); DES–021056 -DES-021057

{00824046.DOC;1}

18.   08/16/18 W14x22 Beam at Level 2; WWII 031643-031648

19.   08/28/18-Structural Steel Beam Reinforcement – Levels 2, 2.5, and 3 (Letter); DES-001818

20.   09/05/18-Structural Reinforcement (Letter); DES–001819 -DES-001822

21.   09/07/18-Structural Reinforcement (Letter) ; DES-001823 - DES-001825

22.   09/19/18-Structural Reinforcement Executive Summary (Letter); DES-024563 - DES-024565

23.   Schedule Critical Path, dated August 28, 2018

24.   Schedule Critical Path, dated September 28, 2018

25.   Schedule Critical Path, dated December 14, 2018

26.   Certificate of Substantial Completion (WWII 062482)

27.   Change Order No. 3 (CO#3) (WWII 29084-29085)

28.   Structural Peer Review Report by Ysrael A. Seinuk, P.C. Consulting Engineers (WWII 050162-WWII 050285)

29.   Palmisano daily logs from November 3, 2017 to October 5, 2019 (WWII 094618-095787)

30.   Palmisano Monthly Reports (WWII 121125-121161; WWII 121533-121548; WWII 121789-121842; WWII 121843-121897)

31.   OAC Meeting Minutes (October 9, 2018; October 16, 2018; October 23, 2018, October 23, 2018 CCD #6 Meeting Minutes; October 30, 2018; October 30, 2018 CCD #6 Meeting Minutes; November 6, 2018; November 13, 2018; November 20, 2018, November 27, 2018; December 4, 2018; December 11, 2018; December 18, 2018; January 8, 2018; January 15, 2019; January 22, 2019; January 29, 2019; February 5, 2019; February 12, 2019; February 19, 2019; February 26, 2019; March 19, 2019; March 26, 2019; April 3, 2019; April 9, 2019; April 16, 2019; April 23, 2019; May 7, 2019).

32.   Email from Patrick Busteed to Adolfo Reyna, William O'Donnell, and John Watkins dated November 12, 2018 regarding Temp Roof Costs with attachment (DES 042763-042796)

{00824046.DOC;1}

33.   Email from James Wurst to William O'Donnell dated November 16, 2018 regarding temporary roof submittal (DES 043046-043050)

34.   Email forward from James Wurst to William O'Donnell dated November 20, 2018 regarding temporary roof (DES 018096-018097)

35.   Email from Steve McGovern to Ramiro Areas dated August 16, 2018 regarding work Palmisano was able to continue (DES 021884-021885)

36.   Robert M. D'Onofrio's February 1, 2021 CPM Schedule Delay Expert Report including exhibits: CPMI Tab A – D'Onofrio CV; CPMI Tab B – January 29, 2018 to July 24, 2018; CPMI Tab C – July 24, 2018 to December 14, 2018; CPMI Tab D – December 14, 2018 vs December 14, 2018 CPMI; CPMI Tab E – December 14, 2018 to August 23, 2019; CPMI Tab F – Pearson Exhibit 5 vs NOAA Weather Data; CPMI Tab G – Schedule delay summary

37.   Confidential settlement agreement between Palmisano and Plaintiff (WWII 000342-000351)

38.   Final Settlement to Palmisano Contractors (WWII 96550-96557)

39.   Application and Certificate For Payment Invoice No. 107233 dated November 12, 2019 (WWII 082404-082415)

40.   Application and Certificate For Payment Invoice No. 107224 dated March 11, 2019 (WWII 076586-076591)

41.   Certificate of Property Insurance, Builders Risk SLSTCON11449217 (WWII 059623-059624)

42.   Email from Adolfo Reyna to Ramiro Areas and Ryan Goolabsingh dated April 26, 2018 regarding DeSimone Site Observation Report (DES 035454-035457)

43.   Email from Ramiro Areas to Steve McGovern dated April 26, 2018 with attached informal sketch showing the required framing to support infinity walls and posts in the third floor service elevator areas. Believes this is the fastest and probably cheapest solution in lieu of trying to reinforce the existing beams (DES 035476-035477)

44.   Email from Ryan Goolabsingh to Joseph Stewart dated April 27, 2018 with attached sketches for beam reinforcing and level 2 (DES 035520-035522)

45.   Email from James Wurst to William O'Donnell dated April 30, 2018 email forwarded from Robert Farnsworth noting that solution by engineer of blocking out areas for the pours appears to mitigate schedule issues (DES 035525-035531)

{00824046.DOC;1}

46.   Email from Ramiro Areas to Joseph Stewart dated May 1, 2018 indicating cost for pour the 10 slab over the elevator shaft without forms, and that there should be a credit for the forming and shoring of the 10" slab not used (DES 035571-035573)

47.   Email from Ryan Goolabsingh to Joseph Stewart dated May 2, 2018 indicating that Palmisano is trying to avoid shoring (DES 035614-035618)

48.   Email from Ramiro Areas to Joseph Stewart dated May 4, 2018 regarding request by Palmisano for 2nd and 3rd floor areas deck detail that should not result in RCO (DES 035789-035793)

49.   Email from Ramiro Areas to Joseph Stewart dated May 4, 2018 with official response to RCO 22 (DES 035779-035788)

50.   Email from Ramiro Areas to Adolfo Reyna and Joseph Stewart dated May 4, 2018 with attached comments to CCD #3 (DES 035804-035811)

51.   Email from Ramiro Areas to William O'Donnell dated May 12, 2018 saying that DeSimone had been in constant contact with NBWW, Palmisano, and WWII working on 2nd and 3rd floor steel issues, and believes that the schedule impact will be minimal to none. (DES 036132-036133)

52.   Email from Ramiro Areas to James Wurst dated May 15, 2018 saying that Palmisano can easily block out parts of deck areas and pour the rest of the deck, and work can proceed with minimal delay (DES 036260-036268)

53.   Email from William O'Donnell to James Wurst and Adolfo Reyna dated May 15, 2018 with letter regarding CCD #3 – Steel Issues 2nd and 3rd Floor Sequence 1 and 2 (DES 036292-036294)

54.   Letter from DeSimone to James Wurst dated May 15, 2018 regarding CCD #3 (DES 000347-000348)

55.   Email from Eileen Long to Joey Cardwell, Joseph Stewart, and William O'Donnell dated May 22, 2018 with Eileen Long's notes from meeting that day to review CCD #3 and ASI #6 (DES 036813-036814)

56.   Email from William O'Donnell to James Wurst dated May 23, 2018 regarding Palmisano hedging bets on schedule, adding $45,000.00 cost to shore the infinity system, which should be owner's cost since this is part of the value-engineering system (DES 036916)

57.   Email from Ramiro Areas to Steve McGovern dated August 14, 2018 regarding stopping loading wall and giving Ramiro Areas 24 hours to come up with solution (DES 021605-021607)

{00824046.DOC;1}

58.  Email from William O'Donnell to James Wurst dated August 16, 2018 regarding Higgins Hotel 3rd Floor SE Beam (DES 021768-21776)

59.  Email from Steve McGovern to Ramiro Areas dated August 16, 2018 regarding beam deflection (DES 021880-21883)

60.  Email from William O'Donnell to Ramiro Areas dated August 16, 2018 regarding masonry and beam deflection (DES 021886-021887)

61.  Email from Steve McGovern to Ramiro Areas date August 20, 2018 regarding pouring 7th level decks (DES 21940)

62.  Email from Danilo Nanni to William O'Donnell, Ramiro Areas, Ryan Goolabsingh, and Luis Ramirez dated August 23, 2018 regarding beam overstress and plan markups (DES 022102-022109)

63.  Email from Steve McGovern to Ramiro Areas dated August 27, 2018 confirming Palmisano's understanding the DeSimone is reviewing calculations for all of the beams on column line 1 and the DeSimone has instructed Palmisano that it should not load the SW side with any additional concrete masonry units until further notice load; (DES 022269-022270)

64.  Email from William O'Donnell to Jim Wurst dated August 28, 2018 stating that Ramiro Areas had directed Steve McGovern on August 27, 2018 to stop any further masonry work on column line 1 (DES 022408-022410)

65.  Emails from Wes Palmisano and Eileen Long dated August 30, 2018 regarding best options to proceed with pouring the 8th floor east deck and 8th floor west deck and block outs shown on the 8th floor temporary pour out plan provided by Ramiro Areas (DES 22635-22638)

66.  Email from William O'Donnell to Eileen Long dated August 29, 2018 verifying that the building is stable and safe to occupy with limitations (DES 022591-022592)

67.  Email from Patrick Busteed including draft of CCD #6 and notes, dated September 7, 2018 that the CCD will be supplemented as DeSimone finishes the details. The structural sketches are broken up into 4 groups: Group 1A – critical east structural details; Group 1B – critical west structural details; Group 2, and Group 3. (DES 023195-023207)

68.  Email from William O'Donnell to James Wurst dated September 10, 2018 with revised CCD #6 released (DES 023500-023518)

{00824046.DOC;1}

69.   Email from William O'Donnell to James Wurst dated September 18, 2018 with revised executive summary (DES 024563-024656)

70.   Email from William O'Donnell to Patrick Busteed and James Wurst dated October 8, 2018 with photos of a whiteboard from a meeting in which proposals to mitigate delay were discussed (DES 039216-039222)

71.   Email from William O'Donnell to Robert Farnsworth and Eileen Long dated October 12, 2018 regarding foundation deficiency and that the foundation repairs will conclude the work for a structurally compliant building. (DES 039686-039687)

72.   Email from William O'Donnell to Robert Farnsworth and Eileen Long dated October 15, 2018 regarding DeSimone's time spent to finalize the foundation checks (DES 033896-033899)

73.   Email chain between William O'Donnell and Robert Farnsworth dated October 15, 2018 confirming overtime work on foundation checks (WWII 033895-33899)

74.   Email from Robert Farnsworth to James Wurst dated October 17, 2018 regarding Farnsworth issues with DeSimone (WWII 034977-034978)

75.   Email from Robert Farnsworth to James Wurst dated November 9, 2018 regarding payment for CCD 6 (WWII 036684 )

76.   Email from DeSimone to Patrick Busteed and James Wurst dated December 7, 2018 with Structural Sketch Log through December 4, 2018 (DES 044113-044117)

77.   William R. O'Donnell, P.E. Web Page (DES001226)

78.   Ramiro Areas, P.E. Web Page (DES 001227)

79.   Mr. William Robert O'Donnell Louisiana Professional License (DES 25435)

80.   William O'Donnell Hours (DES 25436-25438)

81.   Any and all expert reports on Plaintiff's alleged damages by Harold Asher and Jeffrey Meyers of Asher Meyers, and all of their reliance/file materials, included but not limited to, their Curriculum Vitae, list of testimony, date considered, reference materials, diagrams, drawings, measurements, photographs, videos, test results, calculations, demonstrative materials, files, publications, opinions, and any other supporting materials.

82.   STAR Report for Week of June 30, 2019 - July 06, 2019:The Higgins Hotel, Curio Collection by Hilton; WWII 086527_Confidential subject to protective order

{00824046.DOC;1}

83.     STAR Report for Week of July 07, 2019 – July 13, 2019: The Higgins Hotel, Curio Collection by Hilton; WWII 093000_Confidential subject to protective order

84.     STAR Report for Week of August 04, 2019 - August 10, 2019: The Higgins Hotel, Curio Collection by Hilton; WWII 086528_Confidential subject to protective order

85.     STAR Report for Week of September 01, 2019 - September 07, 2019: The Higgins Hotel, Curio Collection by Hilton; WWII 086529_Confidential subject to protective order

86.     STAR Report for Week of September 29, 2019 - October 05, 2019: The Higgins Hotel, Curio Collection by Hilton; WWII 086530_Confidential subject to protective order

87.     STAR Report for Week of October 27, 2019 - November 2, 2019: The Higgins Hotel, Curio Collection by Hilton; WWII 086531_Confidential subject to protective order

88.     STAR Report for Week of November 24, 2019 – November 30, 2019: The Higgins Hotel, Curio Collection by Hilton; WWII 086532_Confidential subject to protective order

89.     January 2020 Monthly STAR Report: The Higgins Hotel, Curio Collection by Hilton; WWWII-122400_Confidential subject to protective order

90.     March 2020 Monthly STAR Report: The Higgins Hotel, Curio Collection by Hilton; WWWII-122401_Confidential subject to protective order

91.     September 28, 2017 Board of Directors Meeting Minutes; WWII 090397-090398_Confidential subject to protective order

92.     January 26, 2018 Board of Directors Meeting Minutes; WWII 91286_Confidential subject to protective order

93.     May 24, 2018 Board of Directors Meeting Minutes; WWII 91572-91584_Confidential subject to protective order

94.     August 16, 2018 Board of Directors Meeting Minutes; WWII 091708-091734_Confidential subject to protective order

95.     October 8, 2018 Board of Directors Meeting Minutes; WWII 092036-092045_Confidential subject to protective order; WWII 091796

96.     November 7, 2018 Board of Directors Meeting Minutes; WWII 092046-092063_Confidential subject to protective order

{00824046.DOC;1}

97.     November 9, 2018 Semi-Annual Board of Trustees Meeting: Subsidiary's Update and Project Development; WWII-73746-73747_Confidential subject to protective order

98.     November 19 Board of Directors Meeting Minutes; WWII 092076_Confidential subject to protective order

99.     April 15, 2019 Board of Directors Meeting Minutes; 092760-92787_Confidential subject to protective order

100.    June 27, 2019 Board of Directors Meeting Minutes; WWII 117300-117302_Confidential subject to protective order

101.    June 27, 2019 Construction Schedule and Photo; WWII 117185-117193_Confidential subject to protective order

102.    September 19, 2019 Board of Directors Meeting Minutes; WWII 118440-118463_Confidential subject to protective order

103.    September 19, 2019 Construction Schedule and Photos; WWII 118067-118073_Confidential subject to protective order; WWII 093338_Confidential subject to protective order

104.    October 24, 2019 Construction Schedule; WWII 118962-118969_Confidential subject to protective order

105.    October 24, 2019 Board of Directors Meeting Minutes; WWII 119040_Confidential subject to protective order

106.    November 15, 2019 Board of Directors Meeting Minutes; WWII 120584_Confidential subject to protective order

107.    January 30, 2020 Board of Directors Meeting Minutes; WWII-122402-122423_Confidential subject to protective order

108.    March 5, 2020 Board of Director Meeting Minutes; WWII 122563-122598_Confidential subject to protective order

109.    Any and all other Board of Directors Meetings for the period March 2017 through March 2020

110.     RCO 71, includes general conditions claim (WWII 96467-96500)

111.    Advance Request Dated May 21, 2018 (WWII 096719)

112.    Advance Request Dated June 15, 2018 (WWII 097034)

{00824046.DOC;1}

113.    Advance Request Dated September 20, 2018 (WWII 113994)

114.    Advance Request Dated November 19, 2018 (WWII 097014)

115.    Kay Lang Amendment & Letter of Agreement Dated May 10, 2017 between WWIITI and Kay Lang +Associates Request for Additional Services for the Higgins Hotel and Conference Center (DES 021158)

116.    Hostmark invoices, including but not limited to: (WWII 78945-78963; WWII 096394-096407;WWII 096453-096466; WWII 96536-96549)

117.    Hostmark Hospitality Group Proposed Museum Hotel and Conference Center Financial Overview and Operational Performance (WWII 090353_Confidential subject to protective order)

118.    HPG Invoices, including but not limited to Invoice dated April 16, 2019 (DES 021008);

119.    Hospitality Logistics International Invoice dated September 4, 2019 (DES 021013)

120.    Lockton Invoices (WWII 046868; WWII 061326)

121.    Email from Thomas Carlson to Robert Farnsworth and Eileen Long with extended builders' risk policy premium (WWII 096444)

122.    Starr Specialty Lines Policy Extension Endorsement (WWII 046869)

123.    ASI 3/ RCO10R (DES 21202)

124.    RCO-133/ASI 16 (from Nichols Production – no bates numbers)

125.    RCO 92 (WWII 044523-4439)

126.    RFI 322 (DES 21127)

127.    SSK 119 A/RCO 147 (DES 21129)

128.    PSI Invoice (WWII 039884-39887; 39888)

129.    Email from William O'Donnell to James Wurst, dated December 17, 2018, Re: Invoice No. 2 – CCD #6 PSI Testing Cost October and November (DES 44866-44869)

130.    Email from Ramiro Areas to William O'Donnell, dated December 11, 2018 Re: Invoice 001 – CCD #3 Field Costs, RCO 10R-ASI 3 Structural Changes (CO #3) RCO 23 – ASI 6 Structural Changes (CO #6) (DES 44716-44719)

{00824046.DOC;1}

131.    Payments to WWIITI from DeSimone in the amount of $88,000.00 (DES 51605)

132.    Evanston's Responses to WWIITI's Requests for Admission (Confirmation of payment to WWIITI from Evanston)

133.    Email from Ramiro Areas to Patrick Busteed dated April 17, 2019 with attached comments from DeSimone on CCD-6 Invoice #6 (March Billing) (DES 049986-50017)

134.    Email from Ramiro Areas to Patrick Busteed dated April 17, 2019 with attached comments from RIMKUS on CCD-6 Invoice #6 (March Billing) (DES 050049-050050)

135.    Email from Ramiro Areas to Patrick Busteed dated April 30, 2019 with attached revised comments to CCD-6 Invoice #5 (February Billing) (DES 050470-050498)

136.    Email from Ramiro Areas to Patrick Busteed and William O'Donnell dated June 04, 2019, regarding questionable cost from CCD-6 Invoice #6 (March Billing) (DES 050878-050881)

137.    Email chain from Patrick Busteed to Ramiro Areas, Steve McGovern, and Eileen Long dated December 21, 2019, showing approval of costs from CCD-6 Invoice #6 (March Billing) (DES 051478-051489)

138.    Email from Ramiro Areas to Patrick Busteed and William O'Donnell dated January 03, 3030 with comments to CCD-6 Invoice #7 (October Invoice) (DES 051517-51530)

139.    Email from Ramiro Areas to William O'Donnell dated November 27, 2018 regarding Invoice 001 and comments on RCO 10 and RCO 23 costs)( DES 042635-042636)

140.    Email from Ramiro Areas to William O'Donnell dated December 11, 2018 regarding Invoice 001/CCD-3/ASI 3/RCO 23-ASI 6 costs) (DES 044716-044719)

141.    Email from Ramiro Areas to William O'Donnell, dated December 13, 2018 regarding Invoice 001 – CCD #3/RCO 10R-ASI 3/RCO 23 – ASI 6 costs (DES 44816-44819)

142.    Email from William O'Donnell to James Wurst dated December 17, 2018 regarding CCD-3, RCO 10, and RCO 23 costs (DES 44866-44869)

143.    Email chain between James Wurst and Ramiro Areas, William O'Donnell, Patrick Busteed, and Adolfo Reyna dated February 08, 2019, regarding RCO 10 and RCO 23 costs (DES 047236-47238)

{00824046.DOC;1}

144.    Email from Ramiro Areas to William O'Donnell dated February 13, 2019 with attached comments on CCD-6 Invoice #4 costs (DES 047271-047461)

145.    Email from William O'Donnell to Ramiro Areas dated January 07, 2019 (DES 045504-45512)

146.    Email from Ramiro Areas to Patrick Busteed dated March 14, 209 with attached comments to CCD-6 Invoice #5 [February Billing] (DES 048982-049010)

147.    Email from Ramiro Areas to Patrick Busteed dated April 29, 2019 with attached comments to CCD-6 Invoice #6 [March Billing] (DES 050401-50435)

148.    Email from Ramiro Areas to Patrick Busteed dated October 22, 2019 with comments on CCD-6 Invoice #6 [March Billing] (DES 51182-51186)

149.    Email from Ramiro Areas to Steve McGovern dated November 18, 2019 regarding concerns with CCD-6 Invoice #6 [March Billing] (DES 051337-051345)

150.    Email from Ramiro Areas to Patrick Busteed dated December 21, 2019 regarding items on CCD #6 Invoice #6 [March Billing] (DES 051466-051477)

151.    Email from William O'Donnell to Patrick Busteed dated January 17, 2019 regarding RCO #92 (DES 045851-045853)

152.    Email from William O'Donnell to James Wurst dated April 30, 2018 regarding notification of delay for structural revisions (DES 035532-035538)

153.    Letter from Robert Farnsworth to James Wurst dated May 11, 2018 regarding CCD #3 – Steel Issues 2nd and 3rd Floor Sequence 1 & 2 (DES 003539-003540)

154.    Email from James Wurst to Eileen Long dated July 16, 2018 regarding Higgins Hotel Invoice no. 014965 Markups (WWII 001378-001379)

155.    Letter from DeSimone to James Wurst dated August 1, 2018 regarding CCD #3 – Steel Issues 2nd and 3rd Floor Sequence 1 & 2 (DES 000349-000350)

156.    Letter from DeSimone to James Wurst dated August 28, 2018 regarding Palmisano Work Limitation – Grid Line 1 Area (DES 001817)

157.    Letter from DeSimone to James Wurst dated September 7, 2018 regarding structural reinforcement (DES 000351-000353)

158.    Letter from DeSimone to James Wurst dated September 18, 2018 regarding Structural Reinforcement – Executive Summary (DES 000354-000355)

{00824046.DOC;1}

159.   Email from William O'Donnell to Eileen Long, Steve McGovern, and James Wurst dated September 19, 2018 regarding CCD #6 added superintendent (DES 006233-006235)

160.   Email chain including email from William O'Donnell to Robert Farnsworth and Eileen Long dated October 12, 2018 regarding superstructure repair effort update (WWII 033818-033819)

161.   Email from William O'Donnell to Eileen Long dated October 22, 2018 regarding Higgins Hotel Cost meeting and masonry wall (DES 040709-040715)

162.   Email from Patrick Busteed to Eileen Long dated October 18, 2018 regarding Higgins Hotel Cost Meeting (DES 040504-040506)

163.   Email correspondence from Brandon Berger to Becky Mackie, Stephen Watson, Robert Farnsworth, and Nick Mueller dated September 20, 2017 regarding Palmisano (WWII 090233-090236)

164.   Email from Nick Mueller to Robert Farnsworth dated September 20, 2017 regarding Palmisano's "sudden rise" (WWII 090247-90250)

165.   Letter from Palmisano to Adolfo Reyna and Robert Farnsworth dated May 17, 2018 regarding request for 14 day extension for CCD 3 (WWII 113076-113077)

166.   Email from Bob Farnsworth to Stephen Watson dated August 10, 2018 regarding disagreements on positions and costs with Palmisano (WWII 091662-91664)

167.   Email from Wes Palmisano to Robert Farnsworth and Eileen Long dated August 16, 2018 notifying that engineer directed Palmisano to stop on South east concrete masonry unit wall (WWII 023275-023280)

168.   Email from Robert Farnsworth to Stephen Watson dated August 31, 2018 regarding inviting Jim Wurst and structural engineering firm to do mea culpa in front of board (WWII 091757)

169.   Email from Robert Farnsworth to Brandon Berger dated October 9, 2018 regarding time spent with architect, engineer, and Palmisano looking at strategies to reduce the impact of the steel repairs.

170.   Letter from Palmisano to Robert Farnsworth dated October 11, 2018 regarding CCD 3 (WWII 033704-033706)

171.   Letter from Palmisano to Robert Farnsworth dated October 11, 2018 regarding CCD 3 and denial of RCO 71 (WWII 033855-033857)

{00824046.DOC;1}

172.    Email from Robert Farnsworth to Stephen Watson dated October 12, 2018 saying that modifications to foundations is outside the building envelope and should not impact the critical path and not increase the delay (WWII 091854)

173.    Letter from Palmisano to Robert Farnsworth dated October 14, 2018 regarding CCD 6 and RCO 71 (WWII 091899-WWII 091901)

174.    Email chain including email from Wes Palmisano to Eileen Long and Robert Farnsworth dated October 14, 2018. Includes information regarding Palmisano's donation and owner's "unwillingness to pay for work being directed" (WWII 091895-091898)

175.    Email from Wes Palmisano to Robert Farnsworth and Eileen Long dated October 14, 2018 regarding Palmisano response to denial of RCO 71 (WWII 033852-033854)

176.    Email chain including email from Robert Farnsworth to Wes Palmisano dated October 17, 2018 regarding Palmisano Hotel Delay Claim (WWII 091902-091903)

177.    Email from James Wurst to Robert Farnsworth and Eileen Long dated October 17, 2018 with a copy of the independent peer review report by Ysreal A. Seinuk, P.C. Consulting Engineers (WWII 034105-034230)

178.    Email between Wes Palmisano and Robert Farnsworth dated October 18, 2018 regarding delay claim with Palmisano (WWII 034602-034603)

179.    Letter from Nichols to Robert Farnsworth dated October 23, 2018 regarding hotel design deficiencies (WWII 034979-035010)

180.    Letter from Palmisano to Robert Farnsworth dated October 23, 2018 regarding CCD 7.1/RCO 68 (WWII 035014-035016)

181.    Email from Stephen Watson to Wes Palmisano dated October 30, 2018 regarding RCO 71 and GMP offer (WWII 035875-035876)

182.    Letter from Palmisano to Eileen Long dated November 1, 2018 regarding notification of potential delay – guestroom electrical rough-in (WWII 036091-036092)

183.    Email from James Wurst to Robert Farnsworth dated November 2, 2018 regarding DeSimone satisfactorily addressing Sheng Shi's comments (WWII 115023)

184.    Email from Robert Farnsworth the James Wurst dated November 9, 2018 regarding written response from DeSimone and Farnsworth' reputation with the Board (WWII 115097)

185.    Email from Robert Farnsworth to James Wurst dated November 12, 2018 regarding Nichols' and DeSimone's reputations being at stake (WWII 115177-115179)

{00824046.DOC;1}

186.    Email chain between Eileen Long and Wes Palmisano dated March 11, 2019 regarding payments and schedule reports due (WWII 047567-047569)

187.    Email from Robert Farnsworth the Stephen Watson dated May 14, 2019 discussing issues with Wes Palmisano (WWII 092867-092868)

188.    Letter from Palmisano to Robert Farnsworth and Patrick Busteed dated November 14, 2019 regarding close-out procedure for the proposed Higgins Hotel & Conference Center for World War II Theatre, Inc. (WWII 093644-093664)

189.    Email from Robert Farnsworth to Steve McGovern, Wes Palmisano, and Stephen Watson dated November 15, 2019 regarding Palmisano failing to meet performance with punchout (WWII 093694-093696)

190.    Email from Robert Farnsworth to Steve McGovern dated November 15, 2019 regarding incomplete punchlist by Palmisano (WWII 120219)

191.    Email from Robert Farnsworth to Stephen Watson dated November 15, 2019 regarding close-out procedure letter from Palmisano (WWII 093690-093691)

192.    Email from Wes Palmisano to Robert Farnsworth dated November 15, 2019 regarding disappointment with Farnsworth approach on punch list work (WWII 093692-093693)

193.    Email from Robert Farnsworth to Wes Palmisano dated November 15, 2019 regarding Palmisano failing to meet performance, which caused them to not be ready for punchout (WWII 093694-093696)

194.    Email from Stephen Watson to Wes Palmisano dated November 16, 2019. Explains that Palmisano missed multiple completion dates that it promised WWII and it has cost WWII a lot of money (WWII 093700)

195.    Email from Bob Farnsworth to Wes Palmisano dated November 17, 2019 regarding Palmisano failing to meet deadlines as promised and delays by Hilton because work was incomplete (WWII 93707-93710)

196.    Email from Robert Farnsworth to Stephen Watson, Wes Palmisano, and Steve McGovern dated November 17, 2019 regarding hotel being delayed by Hilton because of the conditions of the hotel, the scale of the punchlist, and voltage system (WWII 093707-093710)

197.    Email from Wes Palmisano to Robert Farnsworth dated November 18, 2018 regarding Palmisano delays and disagreements (WWII 093711-093715)

{00824046.DOC;1}

198.    Any and all expert reports on the standard of care for engineers by John Crawford and Jim Crawford of Crawford Engineering, and all of their reliance/file materials, included but not limited to, their Curriculum Vitae, list of testimony, date considered, reference materials, diagrams, drawings, measurements, photographs, videos, test results, calculations, demonstrative materials, files, publications, opinions, and any other supporting materials, including Nichols Schematic Set dated August 17, 2016.

199.    Curriculum Vitae, data considered, files, reliance materials, publications, opinions, reports, testimony and demonstrative evidence of any expert witness(es) retained by, identified by, and/or listed by any party in this matter

200.    Evanston Insurance Company's Architects and Engineers Professional Liability Policy, Policy No. MKLV7PL9993149, issued to DeSimone.

201.    Hotel opens: The Higgins Hotel New Orleans Officially Opens December 6 (The Higgins Hotel Press Release)

202.    Higgins Hotel Makes USA Today 'Top 10' List, January 1, 2021, by Richard Collins, *Biz New Orleans,* https://www.bizneworleans.com/higgins-hotel-makes-usa-today-top-10-list/

203.    Any and all documents produced by Nichols Brosch Wurst Wolfe and Associates, Inc.;

204.    Any and all pleadings, discovery responses, and attachments thereto, including all documents produced in response in discovery requests and/or the issuance of a subpoena duces tecum herein;

205.    Any and all documents produced by Palmisano Contractors;

206.    Any and all documents produced by Evanston Insurance Company, including but not limited to those documents Bates labeled as D.A. Claim File, Claim File, and Underwriting File;

207.    Any and all deposition transcripts and/or videos of any deposition taken in this matter, in addition to any exhibits attached to same and any items identified in any deposition;

208.    Any and all exhibits and/or evidence necessary for impeachment and/or rebuttal purposes and/or authentication purposes;

209.    Any and all documents produced, obtained, exchanged, and/or or identified during the discovery process of this matter by any party;

210.    Any and all documents produced, obtained, exchanged, and/or identified during the initial disclosure process of this matter by any party;

{00824046.DOC;1}

211.   Any and all exhibits listed, used, or introduced by any other party;

212.   Any and all defendant's and/or plaintiff's demonstrative exhibits necessary for trial

213.   Any exhibit which will or may be used by any party in this litigation;

214.   Any and all documents listed and/or identified in plaintiff's or defendants' Initial Disclosures;

215.   Any and all documents listed and/or identified in plaintiff's Witness and Exhibit List.

## **GENERAL STATEMENT:**

DeSimone reserves the right to exclude any exhibit designated on the list herein; use of any exhibit in rebuttal to the Plaintiffs' case in chief; the right to withdraw any of the exhibits listed herein at any time prior to the trial of this matter; and its right to supplement and/or amend this Exhibit List.

Furthermore, as discovery is ongoing, DeSimone reserves the right to supplement and/or amend this Witness and Exhibit List as more information and documentation becomes available prior to trial.

Respectfully submitted:

**DEGAN, BLANCHARD & NASH**

/s/Charles B. Long
Sidney W. Degan, III (#4804)
John M. Futrell (#5865)
Charles B. Long (#22824)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: 504-529-3333
Facsimile: 504-529-3337
*Counsel for Defendants, DeSimone Consulting Engineering Group, LLC and William O'Donnell*

{00824046.DOC;1}

**FRILOT L.L.C.**

_/s/ Danica B. Denny_____
 PATRICK J. McSHANE #19055
DANICA B. DENNY #27376
KATHLEEN P. RICE #31291
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone: (504)599-8000
Facsimile: (504)599-8100
*Counsel for Defendant,*
*Evanston Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I will forward the foregoing via electronic to all counsel of record.

New Orleans, Louisiana this 1ˢᵗ day of February, 2021.

___/s/Charles B. Long____
Charles B. Long

{00824046.DOC;1}