MINUTE ENTRY
BARBIER, J.
April 27, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WORLD WAR II THEATRE, INC. | CIVIL ACTION |
| VERSUS | NO: 19-11187 |
| DESIMONE CONSULTING ENGINEERING GROUP, LLC, ET AL. | SECTION: "J" (5) |

The Court held a final pre-trial conference on April 27, 2021 with the following counsel participating: Shannon S. Holtzman and Sean M. Toomey, representing World War II Theatre, Inc.; Sidney W. Degan III and Charles B. Long, representing DeSimone Consulting Engineering Group, LLC and William R. O'Donnell; and Danica B. Denny, representing Evanston Insurance Company.

The Court adopted the pre-trial order that was electronically filed into the record **(Rec. Doc. 94)**.

At the conference, the Court **ORDERED** as follows:

(1) Considering the Court's COVID-19 General Order No. 21-4, the trial is **CONTINUED** from May 10, 2021, to **November 1, 2021, at 8:30 a.m.**

(2) A final pretrial conference is set for **October 7, 2021, at 2:00 p.m.**

(3) All claims against Defendants Markel Insurance Company and Markel Specialty Insurance Company are **DISMISSED WITHOUT PREJUDICE**.

(4) **All exhibits will be presented by electronic means**.

(5) By **Monday, October 25, 2021, at noon**, Plaintiff's counsel is to prepare and submit to the Court **one copy** of a single **Bench Book** which should contain:

(a) An Index of <u>all</u> "un-objected to" exhibits, listing and numbering all exhibits sequentially and without reference to the offering party;

(b) All un-objected to exhibits are to be included in the single Bench Book (with multiple volumes if necessary) with each exhibit **tabbed, numbered, and paginated**. Photographs of large exhibits and posters are to be included in the Bench Book. While oversized exhibits and posters may be used during trial, they will not be kept by the Case Manager.

(c) A second volume, containing the "objected to" exhibits shall also be submitted. Separate, but brief memoranda stating the reason for the objections and responding to the objections of other counsel must be submitted to the court by the offering party by **Monday, October 25, 2021, at noon**.

(d) Any discovery that will be used as an Exhibit must be specifically identified; for example, the exact Interrogatory and the corresponding Answer.

(e) Each page of the Bench Book should be individually and sequentially Bates labeled.

(6) By **Monday, October 25, 2021, at noon**, the parties are to submit the entire transcript of <u>any</u> deposition (including video and audio depositions) which will be used in lieu of live testimony at Trial. If the parties do not seek to introduce the entire deposition, they should designate which portions they seek to introduce in a letter to the Court. The parties should also highlight the designated portions of the subject transcript. All colloquy and objections (which can be resolved among the parties) are to be removed in the transcripts, video, and audio (if applicable). Any objections which cannot be worked out by the parties must be highlighted in the subject transcript, and brief memoranda addressing "why the objections should be sustained or not" must also be submitted to the court by **Monday, October 25, 2021, at noon**. After the Court rules on the objections, the parties are to have the video and audio depositions (if any) edited accordingly so that any references to "objections" are deleted, and there is no dead space in either the video or audio presentation.

(7) By **Monday, October 25, 2021, at noon**, the parties are to file into the record and submit to the Court their proposed Jury Charges (which are unique to this case), Special Interrogatories to the Jury (the verdict form), and any proposed *voir dire* questions by email to **efile-Barbier@laed.uscourts.gov** in Microsoft Word format, regarding the claims that are to be tried to a jury.

(8) By **Monday, October 25, 2021, at noon**, the parties are to submit any motions *in limine*. Parties are strongly encouraged to file their motions well in advance of the deadline. If a party intends to oppose a motion *in limine*, that party should immediately contact chambers for an applicable deadline to respond.

(9) By **Monday, October 25, 2021, at noon**, the parties are to submit any trial memoranda, **which are strictly optional**.

(10) By **Monday, October 25, 2021, at noon**, the parties are to exchange "will call" witness lists so that arrangements may be made for their presence at trial.

(11) At the commencement of trial, counsel will provide the Court with three (3) copies of the final witness list.

(12) The Court's Case Manager, Gail Chauvin, is to be notified three working days prior to trial of any equipment that will be needed by counsel during trial or if more than two tables will be needed to seat counsel. Additionally, it is **highly recommended** that counsel contact Ms. Chauvin during the week prior to trial to **schedule a meeting so that courthouse staff can instruct counsel on the use of the Court's electronic trial equipment**. This equipment will be necessary for the electronic presentation of exhibits. The Court will not operate the equipment for counsel during trial and will not give instruction on the use of equipment on the morning of trial.

(13) The Jury Trial will commence at **8:30 a.m. on Monday, November 1, 2021**, and is estimated to last two weeks.

* * * * * * * * * * * * * * * *

JS-10: 51 mins.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE